OFFICE OF THE ATTORNEY GENERAL OF TEXAS

AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable L.D. Hartwell
County Attorney
Hunt County
Greenville, Texas

Dear Sir:

Opinion No. O-2767
Re: Whether "Foto Nite" constitues a
lottery.

We have your request for our opinion on the above ques-
tion and wish to thank you for the brief submitted therewith. We quote
your statement describing the conduct of "Foto Night":

"The Texan and Rita Theatres of Greenville,
Texas, are putting on what is denominated as Foto Night.
They have some body to go over the town with slips of
paper and get people to sign their names or what they
call to register. These names are written down in a
large book opposite numbers beginning at 100 and up and
then on Foto Nite or day you purchase a ticket to the
Texan or Rita Theatre and then on every Tuesday night
at the Texan they put on an amateur contest of some kind
and these numbers are run and if your number is drawn
and if you have been to the show during the day or that
night you obtain one hundred dollars less 20% or eighty
dollars, provided you then bring your phot, new or old
and then they turn overte you the eighty dollars, if
you are not present at the time required to draw the
eighty dollars they give you $2.50 for signing the slip."

We agree with your conclusion that "Foto Nite" as described
above constitutes a lottery in violation of Article 654, Penal Code. For
a discussion of the authorities upon which our conclusion is based, we
are enclosing herewith copies of our Opinions Nos. O-54 and O-2063.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By s/Walter R. Koch
Walter R. Koch
Assistant

WRK:RRB:wc
ENCLOSURES

APPROVED OCT 7, 1940
s/Gerald C. Mann
ATTORNEY GENERAL OF TEXAS
Approved Opinion Committee By s/BWB chairman